To whom this may concern.

This is my response to a request on Kyle Haags life circumstances. Kyles mother committed suicide when he was 3 years old. He has a few vague memories of her. I tried to the best of my ability to raise him and his 2 siblings to grow and enjoy all the opportunities his childhood presented. Kyle was a talented student and athlete but because everything was so easy for him, he became bored easily which led him to the abuses he entertained. MY strict rules led him to rebel and starting hanging out with the wrong crowd.He never fit in with school conditions and chose to quit school. His stance was no one needed to tell him what to do. When he finally realized that he needed an education diploma, he achieved his GED and further on his education diploma. Kyle has the intelligence to complete all the variety of jobs he held and at a high level which allowed him the money he needed for his abuses. I know of 2 times while under my care he entered drug abuse programs but was never able to finish them. I hope now he realizes the need to complete a program that allows him to make good choices for his own betterment. Our current conversations leads me to believe he knows he can not continue his lifestyle, but needs to learn how to overcome these challenges. I pray he realizes his new chance for control of his life.

Thank you for all your help.

Sincerely,

Jeff Haag