# COURTROOM MINUTES
# SENTENCING / JUDICIAL REVIEW

DATE: 9/22/2026 DAY: Tuesday START TIME: 1:07 p.m. END TIME: 1:49

JUDGE/MAG.: Conley CLERK: jef REPORTER: JD

PROBATION OFFICER: B. Schwonke INTERPRETER: ______ SWORN:

CASE NUMBER: 25-cr-63-wmc CASE NAME: USA v. Kyle W. Haag

---

**APPEARANCES:**

AUSA: Steven Anderson DEFENDANT ATTY.: Martin J. Pruhs

DEFENDANT PRESENT: YES

---

**SENTENCING GUIDELINE RANGE:**

TOTAL OFFENSE LEVEL: 27 CRIMINAL HISTORY CATEGORY: VI

ADVISORY GUIDELINE IMPRISONMENT RANGE: 130 to 162 MONTHS.

---

**SENTENCE:**

COUNT(S) 1s : ☒ INDICTMENT ☐ INFORMATION

CBOP CT. 1s ; 75 MOS.; 5 YRS. S/R; $ 100 CA; $ ______ REST.; $ ______ FINE.

CT. ______ ; ______ MOS.; ______ YRS. S/R; $ ______ CA; $ ______ REST.; $ ______ FINE.

☐ VOLUNTARY SURRENDER: ______ between ______ and ______;

☐ RELEASE CONDITIONS CONTINUED.

☒ DETAINED.

---

**ACTIONS:**

☒ PLEA AGREEMENT ACCEPTED

☒ DEFENDANT ADVISED OF RIGHT TO ALLOCUTE (OPPORTUNITY TO SPEAK)

☒ DEFENDANT ADVISED OF RIGHT TO APPEAL

☒ GOVERNMENT MOTION TO DISMISS REMAINING COUNTS GRANTED

☐ REVOKED

---

**NOTES:**

TOTAL COURT TIME: 42 minutes